|   |   |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 |   |
| 3 | MIRANDA KANE (CABN 150630)<br>Criminal Chief |
| 4 | TAMARA WEBER (ILBN 6270925)<br>Special Assistant United States Attorney |
| 5 |   |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612 |
| 7 | Telephone:  (510) 637-3695<br>Facsimile:   (510) 637-3724 |
| 8 | E-Mail:       Tamara.Weber@usdoj.gov |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00797 YGR |
|---|---|---|
|    Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
|    v. | ) | ORDER TO EXCLUDE TIME UNDER<br>THE SPEEDY TRIAL ACT |
| ESSELINE JOHNSON, | ) |   |
|    Defendant. | ) |   |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Tamara Weber, and the defendant through her attorney, Assistant Federal Public Defender Joyce Leavitt, that time be excluded from December 13, 2012 to January 3, 2013 for effective preparation of counsel.  As was stated in court on December 13, 2012, Ms. Leavitt was recently appointed to represent the defendant on November 29, 2012 and she needs additional time to review the produced discovery.  The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be excluded from

//

//

STIPULATION AND [~~PROPOSED~~] ORDER
No. CR12-00797 YGR

1  December 13, 2012 to January 3, 2013, based on the defense's need for reasonable time
2  necessary for effective preparation, taking into account the exercise of due diligence.
3  IT IS SO STIPULATED:

4  Dated: December 13, 2012                             /S/
                                                  JOYCE LEAVITT
5                                                 Assistant Federal Public Defender

6

7  Dated: December 13, 2012                             /S/
                                                  TAMARA WEBER
8                                                 Special Assistant United States Attorney

9

10                                    **ORDER**

11

12      GOOD CAUSE HAVING BEEN SHOWN, the Court finds that failing to exclude the
13  time between December 13, 2012 and January 3, 2013 would unreasonably deny the defense the
14  reasonable time necessary for effective preparation, taking into account the exercise of due
15  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds the ends of justice served by
16  excluding the time between December 13, 2012 and January 3, 2013 from computation under the
17  Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.
18  Therefore, it is hereby ordered that the time between December 13, 2012 and January 3, 2013
19  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A)
20  and (B)(iv).

21

22  DATED: December 17, 2012                    _____
                                                **YVONNE GONZALEZ ROGERS**
23                                              **UNITED STATES DISTRICT COURT JUDGE**

24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
No. CR12-00797 YGR                          -2-